UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FREDERICK K. POULIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 09-cv-575-GZS ) |
| THE THOMAS AGENCY, and JOHN HILLS d/b/a/ GLENWOOD BUILDING & REMODELING, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER REQUIRING REVISED REDACTED FILING

The Court's recent review of the docket in this case has uncovered a filing that fails to comply with the requirements of Federal Rule of Civil Procedure 5.2; namely the Transcript of Fred Poulin Deposition (Docket # 26-3) filed as an attachment to Defendant John Hills' Motion for Summary Judgment (Docket # 26). Defendant's counsel is hereby instructed to cure this violation of Rule 5.2 by filing a properly redacted version of the document within seven days of this Order.

In accordance with Rule 5.2(e), the Court hereby ORDERS that Transcript of Fred Poulin Deposition (Docket # 26-3) be SEALED in order to prohibit remote electronic access to the document by any nonparty.

Counsel are reminded that under both Rule 5.2 and the District's Administrative Procedures Governing the Filing and Service by Electronic Means, it is their responsibility to ensure that all filings are properly redacted.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 19th day of October, 2010.